IN RE RESIGNATION OF STEFFEN.

CINCINNATI BAR ASSOCIATION *v.* STEFFEN.

[Cite as *In re Resignation of Steffen* (1993), 67 Ohio St.3d 1207.]

(Nos. 93–1828 and 93–869—Submitted September
21, 1993—Decided September 22, 1993.)

The resignation of Albert J. Steffen of Cincinnati, Ohio, as an attorney, Registration No. 0020940, is accepted; *sua sponte,* case No. 93–869, *Cincinnati Bar Assn. v. Steffen,* is dismissed as moot, with costs to respondent.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents.